UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LaQuaiva Bowie,<br><br>    Plaintiff,<br> v.<br><br>Comcast Holdings Corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Civil Action No.: 2:17-cv-02746-MSG |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

LaQuaiva Bowie ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 12, 2019

              Respectfully submitted,

              PLAINTIFF, LaQuaiva Bowie

              /s/ Jody B. Burton

              Jody B. Burton, Esq.
              Bar No.: 71681
              LEMBERG LAW L.L.C.
              43 Danbury Road, 3rd Floor
              Wilton, CT 06897
              Telephone: (203) 653-2250
              Facsimile:  (203) 653-3424
              jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Jody B. Burton

      Jody B. Burton